Opinion filed August 5,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00099-CV 

                                                    __________

 

                             JOHNNY
LYNN EDWARDS, Appellant

                                                             V.

                                  SPECIAL
PROSECUTION UNIT, 

            TEXAS
DEPARTMENT OF CRIMINAL JUSTICE ET AL, Appellees



 

                                   On
Appeal from the 349th District Court

                                                         Anderson
County, Texas

                                                   Trial
Court Cause No. 349-6467

 



 

                                            M
E M O R A N D U M   O P I N I O N

            The
trial court dismissed Johnny Lynn Edwards’s suit as frivolous.  Edwards
appealed.  We dismiss the appeal for want of prosecution.

            Edwards’s
brief was originally due to be filed on or before May 3, 2010.  On our own
motion, this court extended the due date twice.  In our letter dated June 2,
2010, Edwards was notified that failure to file his brief by July 2, 2010,
could result in the dismissal of his appeal for want of prosecution.  There has
been no response to our June 2 letter.

            Therefore, the appeal
is dismissed.

 

August 5, 2010                                                           PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.